United States Bankruptcy Court
District of Colorado

Beykpour,
Plaintiff

Adv. Proc. No. 12-01570-HRT

Majd,
Defendant

# CERTIFICATE OF NOTICE

District/off: 1082-1 User: myhaverk Page 1 of 1 Date Rcvd: Sep 10, 2013
Form ID: pdf904 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2013.
dft Ali Anvari Majd, 1510 Prairie Place, Broomfield, CO 80023

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2013 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2013 at the address(es) listed below:
Harry L. Simon on behalf of Plaintiff Hassan Beykpour hsimon@hlsimonlaw.com, mloseke@hlsimonlaw.com
TOTAL: 1

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>ALI ANVARI MAJD<br>*aka* Alan Anvari Majd<br>Debtor(s).<br><br>Address: 11150 Prairie Place<br>Broomfield, CO 80023<br><br>Last four digits of SS#: 5351 | Bankruptcy Case No.<br>12-15764 HRT<br>Chapter 7 |
| HASSAN BEYKPOUR,<br>Plaintiff(s),<br><br>v.<br><br>ALI ANVARI MAJD<br>Defendant(s). | Adversary Proceeding No. 12-1570 HRT |

**ORDER DISMISSING ADVERSARY PROCEEDING**

THIS MATTER comes before the Court following entry of an Order to Show Cause on August 16, 2013, directing the Plaintiff to show cause why this adversary proceeding should not be dismissed. The Plaintiff has not responded to the Order as of today's date. Accordingly, it is

**ORDERED** that this adversary proceeding is dismissed.

Dated this 10th day of September, 2013.

**BY THE COURT:**

Howard R. Tallman, Chief Judge
United States Bankruptcy Court